1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California 94102
6      Telephone: (415) 522-6031
       Facsimile: (415) 436-7234
7      E-Mail: Patricia.Spaletta@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   Criminal No. CR 10-0311 JSW
13                                  )
          Plaintiff,                )
14                                  )
      v.                            )   [PROPOSED] ORDER AND
15                                  )   STIPULATION EXCLUDING TIME
   JONATHAN GALLARDO,               )   FROM APRIL 27, 2010 TO MAY 27, 2010
16                                  )
          Defendant.                )
17  _____ )

18
        The parties appeared before the Honorable Bernard Zimmerman on April 27, 2010. With
19
   the agreement of counsel for both parties, the Court found and held as follows:
20
        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
21
   3161, from April 27, 2010 to May 27, 2010, in light of defense counsel's need to review
22
   discovery and conduct investigation. Failure to grant the requested continuance would
23
   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
24
   into account the exercise of due diligence.
25
        2. Given these circumstances, the Court found that the ends of justice served by
26
   excluding the period from April 27, 2010 to May 27, 2010, outweigh the best interest of the
27

28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 10-0311 JSW

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 27, 2010 to May 27, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 4, 2010

                                    /s/
                         GEOFFREY HANSEN
                         Chief Assistant Federal Public Defender

DATED: May 4, 2010

                                    /s/
                         PATRICIA SPALETTA
                         Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/May/10

                        THE HON. BERNARD ZIMMERMAN
                        United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 10-0311 JSW                      2